**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-6800**

————————

STEVEN C. WHISENANT,

                                    Petitioner - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                                    Respondent - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-99-961-2)

————————

Submitted:  November 30, 2000        Decided:  December 8, 2000

————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Steven C. Whisenant, Appellant Pro Se.  Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven C. Whisenant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Whisenant v. Director of Virginia Dep't of Corrections, No. CA-99-961-2 (E.D. Va. May 23, 2000)[*]; see also Warren v. Baskerville, No. 99-7230, 2000 WL 1692658 (4th Cir. Nov. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court applied the "reasonable jurists" standard of Green v. French, 143 F.3d 865, 870 (4th Cir. 1998), cert. denied, 525 U.S. 1090 (1999), which was subsequently rejected by the Supreme Court, see Williams v. Taylor, 120 S. Ct. 1495, 1522 (2000), we find that the denial of relief nevertheless was correct under the standards announced in Williams. See id. at 1523.

2